

# Famighetti & Weinick PLLC

25 Melville Park Road, Suite 235
Melville, New York 11747
(631) 352-0050
pjf@fwlawpllc.com

March 24, 2020

**_Via ECF_**
Honorable Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

   Re: *Romero and Padilla v. Bestcare, Inc., et. al.*
     Docket No.: 15 CV 7397 (JS) (SIL)

Dear Judge Seybert:

  This office represents the Plaintiffs, Dinora Romero and Rosa Padilla on behalf of themselves and all others similarly situated in the above referenced matter.   I write with the consent of Defense Counsel, Jonathan Arfa to respectfully request that your Honor "So-Order" the attached Stipulation of Discontinuance.  The reason we are requesting that the Court "So-Order" the Stipulation of Discontinuance is because the Settlement Agreement at paragraphs 1. A., 2.A, 6 and 8 requires the Stipulation to be "So-Ordered" in order to take effect.

  We thank the Court for its time and consideration.

      Very Truly Yours,

      *Peter J. Famighetti*

      Peter J. Famighetti

cc: Jonathan P. Arfa, Esq.
   Attorney for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DINORA ROMERO and ROSA PADILLA,

                  Plaintiffs,

     -  against  -                    Case No.: 15 CV 07397
                                                (JS)(SIL)

BESTCARE, INC., BESTCARE MANAGEMENT, INC.
and LAWRENCE WIENER,
                  Defendants.
-----------------------------------------------------------------------X
## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the

above captioned action, through their undersigned counsel, that, in accordance with

Rule 41 of the Federal Rules of Civil Procedure, the action is dismissed with prejudice

and without costs or attorney's fees to any party, except as agreed by the parties.

Dated: March 18, 2020


JONATHAN P. ARFA, P.C.                    FAMIGHETTI & WEINICK, PLLC

By: _____             By _____
    Jonathan P. Arfa, Esq.                Peter J. Famighetti, Esq.
    Attorney for Defendants              Attorneys for Plaintiffs and Class
    2 Westchester Park Drive            25 Melville Park Road - Suite 235
    White Plains, New York 10604        Melville, New York 11747
    914.694.1000                       631.352.0050 ext. 200
    jarfa@arfapc.com                 pjf@fwlawpllc.com


SO ORDERED:


_____

Joanna Seybert, U.S.D.J.

1